IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KWAME DWUMAAH, | No. 3:23-CV-00452 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MERRICK B. GARLAND, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 9th day of June 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion (Doc. 13) for an "emergency" temporary restraining order is **DENIED**.

2. Plaintiff's motion (Doc. 13) for appointment of counsel is **DISMISSED** without prejudice in light of paragraph 1 above.

3. This matter is REFERRED to Chief Magistrate Judge Karoline Mehalchick for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge